In the Matter of the Discovery Proceedings against REINE SARNOWITZ in the Estate of HARRIS SARNOWITZ, Deceased. RAY SOMBERG and EDYTHE KAPLAN, as Executrices, etc., of HARRIS SARNOWITZ, Deceased, Appellants; REINE SARNOWITZ, Respondent.— Order of the Surrogate's Court of Kings county, on reargument, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of JULIUS WEISSMAN, Respondent, v. RADCLIFFE SHOE Co., INC., Appellant, for an Order Requiring Respondent to Submit Certain Differences between the Parties to Arbitration.■— Order directing arbitration affirmed on argument, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Application of ZINBAR REALTY Co., INC., Respondent, for an Order Discharging a Certain Mechanic's Lien Filed by CITY MASONS SUPPLY Co., INC., Appellant.† (Appeal No. 1.) — Order discharging mechanic's lien upon the filing of an approved undertaking affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents upon the following ground: The lienor should not be compelled to invoke an estoppel against the surety company even though it be clear that it would be successful in that connection.

In the Matter of the Application of ZINBAR REALTY Co., INC., Respondent, for an Order Discharging a Certain Mechanic's Lien Filed by CITY MASONS SUPPLY Co., INC., Appellant.† (Appeal No. 2.) — Order discharging mechanic's lien upon the filing of an approved undertaking affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground stated in *Matter of Zinbar Realty Co., Inc., No. 1* (*ante*, p. 776), decided herewith.

CARRIE H. LEVEY, Appellant, v. YETTA SCHAFFERMAN, as Administratrix, etc., of MICHAEL SCHAFFERMAN, Deceased (Substituted), and SAMUEL SCHAFFERMAN, Individually and as Copartners Trading under the Firm Name and Style of M. SCHAFFERMAN & SON, Respondents.— Order of the Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.